1

2

3

4

5

6                  UNITED STATES DISTRICT COURT

7                  EASTERN DISTRICT OF CALIFORNIA

8

9  ART NAVARRO,                  )    1:004-cv-6110 OWW SMS
                                 )
10           Plaintiff,          )    ORDER REMANDING ACTION BACK
                                 )    TO TULARE COUNTY SUPERIOR
11      v.                       )    COURT, CALIFORNIA
                                 )
12  EAGLE MOUNTAIN CASINO, et al., )
                                 )
13           Defendants.         )
                                 )
14  _____ )

15

16       The Mandate of the Court of Appeals for the Ninth Circuit

17  was filed in this Court on July 5, 2006.

18       Pursuant to the remand of the United States Court of Appeal

19  for the Ninth Circuit, this case is ORDERED remanded to the

20  Superior Court of California, County of Tulare, from which it was

21  removed.

22

23  SO ORDERED.

24  DATED:  December 11, 2006.

25

26                              /s/ Oliver W. Wanger
                               _____
27                                  Oliver W. Wanger
                               UNITED STATES DISTRICT JUDGE
28

                                    1